PROB 12C
(7/93)

Report Date: March 4, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 05 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Crisoforo Perez-Pimentel              Case Number: 2:07CR02095-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  10/24/2007

Original Offense:       Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:      Prison - 18 Months; TSR - 36       Type of Supervision: Supervised Release
                        Months

Asst. U.S. Attorney:    Jane Kirk                          Date Supervision Commenced: 12/12/2008

Defense Attorney:       Diane E. Hehir                     Date Supervision Expires: 12/11/2011

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about February 7, 2009.

Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on January 11, 2009, at Nogales, Arizona, and has not obtained legal permission to reenter the United States.

2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On February 9, 2009, a criminal complaint was filed with the U.S. District Court in the Southern District of California, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 03:09M00386-001.

Case 2:07-cr-02095-FVS   Document 42   Filed 03/05/09

Prob12C
Re: Perez-Pimentel, Crisoforo
March 4, 2009
Page 2

According to the charging document, on February 7, 2009, the defendant and a second male subject were contacted by a United States Border Patrol agent in the area of the Tecate, California, Port of Entry and the U.S./Mexico international border. The defendant and male subject appeared to be wet, were wearing heavy and disheveled clothing, and appeared as if they had been walking for several days. Upon questioning, the defendant admitted to being a citizen and national of Mexico and illegally present in the U.S. The defendant and male subject were arrested for illegal entry into the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/4/09

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/Fred Van Sickle

Signature of Judicial Officer

March 5, 2009

Date